Order filed June 23, 2005, Withdrawn and Appeal Dismissed and Memorandum
Opinion filed April 27, 2006









Order filed June 23, 2005, Withdrawn and Appeal
Dismissed and Memorandum Opinion filed April 27, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00057-CV

____________

 

IN THE MATTER OF C.M.

 



 

On Appeal from the
314th District Court

Harris County ,
Texas

Trial Court Cause No.  04-07780J

 



 

M E M O R A N D U M  O
P I N I O N

We withdraw our order of June 23, 2006, abating the appeal
for a hearing and order the appeal reinstated.

This appeal is from a judgment signed December 22, 2004.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On April 28, 2005, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 27, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.